## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

ABDUL MOHAMMED,

Plaintiff(s),

v.

LYFT, INC., LYFT ILLINOIS, INC.,
JOHN ZIMMER AND LOGAN GREEN,

Defendant(s).

Case No. 16-cv-2470
Judge Edmond E. Chang

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Summary judgment entered in favor of Defendants and against Plaintiff. Case dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for summary judgment.

Date: 11/27/2017                              Thomas G. Bruton, Clerk of Court

                                              s\Sandra Brooks, Deputy Clerk